■ Long Island Lighting Company, Appellant, v. City of New York, Respondent, et al., Defendants.— In a condemnation proceeding, the petitioner-plaintiff appeals from so much of an order of the Supreme Court, Nassau County, entered May 29, 1962, (a) as denied its motion to set aside the report and the amended report of the Commissioners of Appraisal; (b) as granted the cross motion of defendant City of New York to confirm said amended report; and (c) as adjudged that the sum of $366,311.74, with interest thereon, be paid by the petitioner-plaintiff to said defendant as compensation for the rights and property condemned by the judgment theretofore made on April 26, 1961. Order, insofar as appealed from, affirmed, with costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ Merit Associates Inc., Appellant, v. R & W Aircraft Company, Inc., et al., Respondents.— In an action to recover damages for breach of contract and to foreclose a mechanic's lien, plaintiff appeals as follows from two orders of the Supreme Court, Nassau County, dated respectively February 15, 1962 and April 26, 1962, and entered respectively on said dates in Suffolk County: (1) from so much of the order of February 15, 1962 as granted the motion of the defendant R & W Aircraft Company, Inc., and as, for patent insufficiency, dismissed with respect to it the second cause of action alleged against all the defendants; and (2) from the order of April 26, 1962, which granted the motion of the other defendants, Made-Ready Millwork Corp., Northport Federal Savings and Loan Association and Sam Berg, and which, for patent insufficiency, dismissed the complaint against them (Rules Civ. Prac., rule 106). Orders, insofar as appealed from, affirmed, with one bill of $10 costs and disbursements to defendant R & W Aircraft Company, Inc. No opinion. Beldock, P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.

■ Carole Muss, Appellant, v. Stephen H. Muss, Respondent.— In an action for a separation, in which a judgment was entered in favor of the plaintiff wife on May 21, 1959, the plaintiff appeals, as limited by her brief, from so much of an order of the Supreme Court, Nassau County, dated May 7, 1962, as denied her motion, made pursuant to section 1170 of the Civil Practice Act: (a) to modify said judgment by increasing the amount awarded to her for her support and for the support of the children of the marriage; and (b) to refer " the matter of the defendant's income to an Official Referee to hear and report thereon ". Plaintiff contends that her motion should not have been denied without a hearing. Order, insofar as appealed from, affirmed, without costs (*Meyer* v. *Meyer*, 5 A D 2d 655; *Kunker* v. *Kunker*, 230 App. Div. 641). Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.